UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE HOWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CEDARS-SINAI MEDICAL CENTER, a California corporation, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a corporation, and DOES 1-30, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:16-cv-08866-SVW-AS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>JS-6 |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 22, 2017

_____
STEPHEN V. WILSON
United States District Court Judge

4836-6249-0436.1

[PROPOSED] ORDER OF DISMISSAL-
CASE NO.: CV-08866-SVW-AS